# United States District Court Violation Notice

CVB Location Code: WGT W T86

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| 6395888 | Franks | 1710 |

NP2003355?

6395888

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 4/14/2020 1237 | 36 CFR 1.5(f) |

Place of Offense: Snake River Moose

Offense Description: Factual Basis for Charge — HAZMAT ☐

Closure Violation

DEFENDANT INFORMATI [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Jason | James | L |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 22-19615 | WY | 01 | F150 Excursion | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 100 Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 130 **Total Collateral Due**

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______________________

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 04/24/2020 14:5

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ______________, 20______ while exercising my duties as a law enforcement officer in the ____________ District of ______________

The foregoing statement is based upon:

my personal observation my personal investigation

information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: ______________________

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 04/24/2020 14:5