# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING


**FILED**
9:20 am, 11/19/20
**U.S. Magistrate Judge**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice ☐ Information ☐ Complaint | |
| Plaintiff | | |
| vs | Case Number | 3:20-PO-00357-MLC-1 |
| JAMES L JENSEN | | |
| Defendant | | |

Violation Charged  Violating closures and use limits    Citation Number   6395888

Date Violation Notice Issued   04/14/2020    Place    Grand Teton

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 9:06-9:19                             Interpreter

Date  November 19, 2020                    Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear    Warrant issued on

☑ Appeared   ☑ By telephone

☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD    ☐ PANEL-CJA    ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to                at

reason:


☐ Bail is set at

☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

☐ Conditions of release

WY 59                                                      Rev. 09/22/2020

> **COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
> ☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> ☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
> This consent was made ☐ orally ☐ in writing

☐ Informed of charges and rights     Date
☐ Defendant arraigned     Date
☐ Court accepts plea     Defendant enters ☐ Guilty     ☐ Not Guilty Plea
☐ Trial     Witnesses

☐ Disposition
    ☐ Not Guilty
    ☐ Guilty
    ☐ Dismissed
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence     Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
    ☐ With Supervision     ☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine     Payable
☐ Restitution     To
☐ Community Service     To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other    Government will move to dismiss. Warrant recalled.