# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES L. JENSEN,<br><br>Defendant, | Case No. 3:20-po-00357-MLC<br><br>FILED<br>DISTRICT OF WYOMING<br>U.S. DISTRICT COURT<br><br>NOV 19 2020<br><br>U.S. MAGISTRATE JUDGE |

## REQUEST FOR LEAVE TO DISMISS PETTY OFFENSE CASE

The United States Attorney for the District of Wyoming requests leave of the court to dismiss and moves to dismiss with prejudice the petty offense case charged herein against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Said dismissal would be in the best interest of justice.

        MARK A. KLAASSEN
        United States Attorney

By:   /s/ Stephanie Hambrick
      STEPHANIE HAMBRICK
      Assistant United States Attorney

## LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE CASE

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense case charged herein with prejudice. The case is hereby dismissed with prejudice.

By: _/s/ Mark L. Carman_    11-19-20
    MARK L. CARMAN       DATE
    UNITED STATES MAGISTRATE JUDGE